UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| FRANCISCO NUNEZ, | : | |
| Plaintiff | : | Civil No. 06-5519 (FSH) |
| v. | : | |
| MARTIN PACHMAN, ESQ. THE CITY OF UNION CITY, BRIAN P. STACK, | : | ORDER ON INFORMAL APPLICATION |
| Defendants. | | |

This matter having come before the Court for a telephone conference on July 13, 2007; and the Court having been advised of the status of discovery; and it appearing that the plaintiff may have additional responsive documents concerning, among other things, defendant Pachman's notice of the order of expungement; and the Court determining that a firm date for the production of documents is needed so that the parties have access to the universe of documents for use at depositions; and for the reasons discussed during the telephone conference; and for good cause shown,

IT IS ONTHIS 13th day of July, 2007

ORDERED that, no later than **July 31, 2007**, the plaintiff shall produce all documents responsive to the defendants' document demands or produce a certifcation that states that he has conducted a diligent search and that he does not possess, or have custody or control over any responsive documents other than those previously produced;

IT IS FURTHER ORDERED that if the parties believe that a settlement conference with the Court will be productive, then they shall jointly telephone the Chambers of the Undersigned to select a date acceptable to the Court, trial counsel and clients who have full settlement

authority; and

      IT IS FURTHER ORDERED that all other terms of the Order dated May 22, 2007 shall remain in full force and effect.

                                                s/Patty Shwartz  
                                                UNITED STATES MAGISTRATE JUDGE